HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
MARTEL MORENO-GARCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MARTEL MORENO-GARCIA,<br><br>*Defendant.* | Case No. 1:18-cr-00009-DAD-BAM<br><br>STIPULATION AND ORDER RE EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT UNTIL JULY 9, 2018 |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martel Moreno-Garcia, that time be excluded from June 1, 2018 until July 9, 2018.

On May 24, 2018, the Court set the above mentioned case for a possible fast track disposition on July 9, 2018. The government provided defense with initial discovery on May 25, 2018. The parties agree that the ends of justice served by setting this matter for possible fast track resolution outweighs the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) by permitting the defendant the time necessary to review discovery and consider participating in the fast track program. Accordingly, the parties request that the Court exclude time under the Speedy Trial Act from June 1, 2018 until the status conference currently scheduled for July 9, 2018, for

discovery review and defense preparation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MCGREGOR SCOTT<br>United States Attorney |
| DATED: June 1, 2018 | By: */s/ Laura Withers*<br>LAURA WITHERS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 1, 2018 | By: */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARTEL MORENO-GARCIA |

IT IS SO ORDERED.

Dated: **June 5, 2018**

UNITED STATES DISTRICT JUDGE