HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTEL MORENO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00009-DAD-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| MARTEL MORENO-GARCIA, | DATE: July 16, 2018<br>TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Dale A Drozd |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martel Moreno-Garcia, that the status conference currently set for July 9, 2018 at 10:00 a.m., may be rescheduled to Monday, July 16, 2018 at 10:00 a.m. before the Honorable Dale A. Drozd.

The reason for the request is to allow time for Mr. Moreno-Garcia to review his plea agreement with counsel. The parties agree that the delay resulting from the continuance shall be excluded until July 16, 2018, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

|   |   |   |   |
|---|---|---|---|
| 1 |  | Respectfully submitted, |  |
| 2 |  |  |  |
| 3 |  | MCGREGOR W. SCOTT<br>United States Attorney |  |
| 4 |  |  |  |
| 5 | DATED: July 3, 2018 | By: | */s/ Laura D. Withers* |
| 6 |  |  | LAURA D. WITHERS<br>Assistant United States Attorney |
| 7 |  |  | Attorney for Plaintiff |

DATED: July 3, 2018

HEATHER E. WILLIAMS
Federal Defender

DATED: July 3, 2018    By:    */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
MARTEL MORENO-GARCIA

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above-named defendant currently scheduled for July 9, 2018, is continued until July 16, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The time period between July 9, 2018 and July 16, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **July 3, 2018**

_____
UNITED STATES DISTRICT JUDGE