| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MARTEL MORENO-GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00009 DAD-BAM |
|---|---|
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | |
| MARTEL MORENO-GARCIA, | DATE: September 10, 2018 |
| | TIME: 1:00 p.m. |
| *Defendant.* | JUDGE: Barbara A. McAuliffe |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martel Moreno-Garcia, that the status conference currently set for July 16, 2018 at 10:00 a.m., may be rescheduled to Monday, September 10, 2018 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

Mr. Moreno-Garcia has elected not to participate in the **Fast Track program** thereby negating the need for a change of plea/sentencing hearing at this time. Defense counsel, therefore, needs additional time for the purpose of discovery review and investigation in the context of this development, and, subsequently, time to review the case with Mr. Moreno-Garcia. The parties agree that the delay resulting from the continuance shall be excluded until September 10, 2018, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation

purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: July 9, 2018     By:     */s/ Laura D. Withers*
                                LAURA D. WITHERS
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 9, 2018     By:     */s/ Peggy Sasso*
                                PEGGY SASSO
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARTEL MORENO-GARCIA

**O R D E R**

Good cause appearing, the 1st Status Conference as to Martel Moreno-Garcia currently set for July 16, 2018 before Judge Drozd is continued to **September 10, 2018**, at 1:00 p.m. before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **July 10, 2018**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE