| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | PEGGY SASSO, #228906<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>MARTEL MORENO-GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:18-cr-00009 DAD |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| vs. | ) | SCHEDULE; ORDER |
| | ) | |
| MARTEL MORENO-GARCIA, | ) | Date: March 25, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martel Moreno-Garcia, that the current motions schedule may be rescheduled as follows: Defense Motions to be due on or before February 12, 2019; Government Response to be due on or before March 5, 2019; Defense Reply to be due on or before March 11, 2019; Hearing on the motions to be held on March 25, 2019. This hearing is set before the Honorable Dale A. Drozd, United States District Judge.

The reason for the request is that defense counsel is currently out of the office on sick leave. The parties agree that the delay resulting from the continuance shall be excluded until March 25, 2019, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation

purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: January 15, 2019   By: */s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 15, 2019   By: */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
MARTEL MORENO-GARCIA

**O R D E R**

The motion hearing currently set for March 4, 2019 is hereby continued to March 25, 2019 at 10:00 a.m. Defense Motions to be due on or before February 12, 2019; Government Response to be due on or before March 5, 2019; Defense Reply to be due on or before March 11, 2019.

IT IS SO ORDERED.

Dated: **January 15, 2019**

UNITED STATES DISTRICT JUDGE