| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MARTEL MORENO-GARCIA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00009 DAD BAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO EXONERATE** |
| | ) | **BOND; ORDER** |
| vs. | ) | |
| | ) | |
| MARTEL MORENO-GARCIA, | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |

Defendant Martel Moreno-Garcia hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the $150,000 Deed of Trust with Assignment of Rents currently on file with the Merced County Clerk-Recorder as Deed #2018019900.

On June 11, 2018, the Court ordered Defendant Martel Moreno-Garcia to post a secured bond with the Clerk's Office in the amount of $150,000.00. Mr. Moreno-Garcia's brother, Ruben Moreno, posted a property bond on Mr. Moreno-Garcia's behalf on July 26, 2018[1].

On April 8, 2019, U.S. District Court Judge Dale A. Drozd granted defendant Moreno-Garcia's motion to dismiss the indictment in the above-captioned matter (Docket #36). Since no conditions of the bond remain to be satisfied, Mr. Moreno-Garcia is now requesting that the

---

[1] Deed number #2018019900, recorded on June 29, 2018, with sole trustor Ruben Moreno, Docket #25.

$150,000 property bond be exonerated and the real property be reconveyed to Ruben Moreno pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 9, 2019          */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Martel Moreno-Garcia

**ORDER**

The Court finds that Martel Moreno-Garcia has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $150,000 Deed of Trust with Assignment of Rents currently on file with the Merced County Clerk-Recorder (#2018019900) and reconvey the real property to Mr. Ruben Moreno, sole trustor.

IT IS SO ORDERED.

Dated: **April 9, 2019**          _Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE